**Roger D. BURKS, Appellant**

v.

**XL SPECIALTY INSURANCE COMPANY, Appellee**

NO. 14–14–00740–CV

Court of Appeals of Texas, Houston (14th Dist.).

Opinion filed January 12, 2016

Christopher S. Johns, HOUSTON, for Appellant.

Frederic Daniel Knight, HOUSTON, Raymond D. Noah, Monica W. Latin, DALLAS, for Appellee.

Panel consists of Justices Boyce, McCally, and Donovan.

## SUPPLEMENTAL MEMORANDUM OPINION

### PER CURIAM

On November 10, 2015, this court issued its substitute opinion and judgment affirming in part and reversing and remanding in part the trial court's judgment signed August 14, 2014. On December 28, 2015, the parties filed a joint motion to dismiss the appeal as moot because the underlying case has settled. *See* Tex. R. App. P. 42.1(a). We **GRANT** the motion. This court's judgment filed November 10, 2015, is **VACATED.** Our substitute opinion filed November 10, 2015, is **not** withdrawn, however. *See* Tex. R. App. P. 42.1(c).

The appeal is **DISMISSED.**